**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6708**

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

     v.

DARIO RUIZ,

                Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.  R. Bryan Harwell, District Judge. (4:11-cr-00077-RBH-1)

Submitted:  August 27, 2015     Decided:  September 1, 2015

Before GREGORY, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dario Ruiz, Appellant Pro Se.  Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dario Ruiz appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2012).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Ruiz, No. 4:11-cr-00077-RBH-1 (D.S.C. Apr. 23, 2015); see United States v. Brown, 653 F.3d 337, 340 (4th Cir. 2011).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED